FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

2015 DEC 29  AM 9: 01

BY DEPUTY CLERK

| | | |
|---|---|---|
| DELANDO BRASS AND JUDY W. BRASS | * * * | CIVIL ACTION NO. 3:15-cv-00171 |
| VERSUS | * * | JUDGE:  DICK |
| CENTAURI SPECIALTY INSURANCE COMPANY, AND ABM INSURANCE & BENEFIT SERVICES | * * * * * | MAGISTRATE: RIEDLINGER |

* * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

**ON MOTION** of the Plaintiffs, Delando Brass and Judy W. Brass, and on suggesting to this Honorable Court that Plaintiffs wish to voluntarily dismiss the claims which are the subject of the captioned lawsuit, Plaintiffs move the Court to enter a final judgment dismissing any and all claims which were asserted in the above referenced lawsuit or which could have been asserted, with full prejudice, each party to bear their own costs.

Respectfully Submitted:

DELANDO R. BRASS
12744 Greenwell Springs Road
Baton Rouge, LA  70814
225-200-9283

JUDY W. BRASS
12744 Greenwell Springs Road
Baton Rouge, LA  70814
225-200-9283

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DELANDO BRASS AND JUDY W. BRASS | * <br> * <br> * | CIVIL ACTION NO: 3:15-cv-00171 |
| VERSUS | * <br> * | JUDGE:   DICK |
| CENTAURI SPECIALTY INSURANCE COMPANY, AND ABM INSURANCE & BENEFIT SERVICES | * <br> * <br> * <br> * <br> * | MAGISTRATE: RIEDLINGER |

* * * * * * * * * * * * * * * * * * * *

## ORDER OF  DISMISSAL WITH PREJUDICE

Considering the Motion for Voluntary Dismissal with Prejudice filed herein by Plaintiffs,

Delando Brass and Judy W. Brass:

**IT IS ORDERED, ADJUDGED AND DECREED** that the above entitled and numbered

cause be and the same is hereby dismissed, with full prejudice, each party to bear their own costs;

**JUDGMENT READ, RENDERED AND SIGNED** at Baton Rouge, Louisiana, on this

_____ day of _____, 2015.

_____

**UNITED STATES DISTRICT JUDGE**